Certificate Number: 05781-MSS-DE-041492424

Bankruptcy Case Number: 26-02505

05781-MSS-DE-041492424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2026, at 4:48 o'clock PM PDT, Dashun Russ completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 27, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President